IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| **George Hemphill,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 2:12-CV-322 |
| v. ) | |
| ) | District Judge Greer |
| **Portola Packaging, Inc.,** ) | |
| ) | Magistrate Judge Inman |
| Defendant. ) | |
| ) | JURY DEMANDED |
| ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41, the parties hereby submit this Stipulation of Dismissal, with prejudice. This action is dismissed, with each party to bear its own costs and attorney's fees.

APPROVED FOR ENTRY:

s/C. Eric Stevens
C. Eric Stevens, Bar No. 10632
cstevens@littler.com
LITTLER MENDELSON, P.C.
330 Commerce Street
Suite 1450
Nashville, TN 37201
(615) 383-3033

Attorneys for Defendant
Portola Packaging, Inc.


s/E. Patrick Hull
E. Patrick Hull, Bar No. 004437
pat@hull-firm.com
229 E. New Street
PO Box 1388
Kingsport, TN 37662
(423) 247-6151

s/Jason M. Ensley
Jason M. Ensley, Bar No. 020066
jensley@ensleybakershade.com
ENSLEY, BAKER & SHADE, PLLC
203 Broyles Drive, Suite 201
Johnson City, TN 37601
(423) 631-0550

Attorneys for Plaintiff
George Hemphill